AO 83 (Rev. 06/09) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| United States of America | ) |
|---|---|
| v. | ) |
|  | ) Case No. 14-20145-CR-ALTONAGA |
| Antonio Norris | ) |
| *Defendant* | ) |

## SUMMONS IN A CRIMINAL CASE

YOU ARE SUMMONED to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☒ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of Court

| DUTY MAGISTRATE MIAMI<br>Place: 301 North Miami Avenue<br>Miami Florida 33128 | Courtroom No.: 5th Floor |
|---|---|
| Pursuant to Administrative Order 2020-33, a mask must be worn at all times in a federal courthouse facility. | Date and Time: 7/29/2020 at 1:30 |

This offense is briefly described as follows:
1. Violation of Mandatory Condition, by failing to refrain from violation of the law.

Date:  7/15/2020

*Issuing officer's signature*

**REHAN AHMAD, DEPUTY CLERK**
*Printed name and title*

I declare under penalty of perjury that I have:

☒ Executed and returned this summons    ☐ Returned this summons unexecuted

Date: 7-15-20

*Server's signature*

John Carles USPO
*Printed name and title*